IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | )  No. C 11-0880 LHK (PR)<br>)<br>)  ORDER OF TRANSFER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint against prison officials employed by the Richard J. Donovan Correctional Facility in San Diego, California. The acts complained of occurred in San Diego, and Defendants are located in San Diego, which lies within the venue of the Southern District of California. Therefore, venue properly lies in the Southern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Southern District of California.

IT IS SO ORDERED.

DATED:   3/21/11

LUCY H. KOH
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.LHK\CR.11\Smith880trans.wpd